

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE FILED: 12/29/14 |
| v. | : | CRIMINAL NO. 14-664 |
| MATTHEW LUPOLI | : | VIOLATIONS:<br>21 U.S.C. § 841(a)(1) (distribution of oxycodone - 1 count)<br>Notice of forfeiture |
| | : | |

### INFORMATION

### COUNT ONE

**FILED**
DEC 29 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 8, 2012, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### MATTHEW LUPOLI

knowingly and intentionally distributed approximately 60 oxycodone 30 mg pills, each of which is a mixture and substance containing oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## NOTICE OF FORFEITURE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

1.  As a result of the violations of Title 21, United States Code, Section 841(a)(1) set forth in this information, defendant

## MATTHEW LUPOLI

shall forfeit to the United States of America:

(a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses;

(b) any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offenses.

2.  If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

2

All pursuant to Title 21, United States Code, Section 853.

*Christine E. Ayers for*
**ZANE DAVID MEMEGER**
**UNITED STATES ATTORNEY**