

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 14-664 |
| MATTHEW LUPOLI | : |

MOTION FOR BENCH WARRANT

AND NOW, this 29th day of December, 2014, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Andrew J. Schell and Nancy B. winter, Assistant United States Attorneys move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_____
Andrew J. Schell
Nancy B. Winter
Assistant United States Attorneys