IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 14-664 |
| | : | |
| MATTHEW LUPOLI, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 19th day of March, 2015, upon consideration that the Government withdrew its "Motion for Bench Warrant," (Dkt No. 2), at the Hearing on March 17, 2015, it is hereby ORDERED that the Government's "Motion for Bench Warrant," (Dkt No. 2), is DISMISSED AS WITHDRAWN.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II   J.