| PROB 22 (Rev. 2/88) | | CASE NUMBER *(Tran. Court)* 2:14CR00664-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Rec. Court)* 18cr 321 (RMB) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Matthew Lupoli [REDACTED] | DISTRICT Eastern District of Pennsylvania | DIVISION Philadelphia |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable C. Darnell Jones II | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/13/18 — TO 03/12/21 |

**OFFENSE**

Distribution of Oxycodone (Count One)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Pennsylvania</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the **District of New Jersey** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 22, 2018
_____         _____
Date                                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>District of New Jersey</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 30, 2018
_____         _____
Effective Date                                 United States District Judge