IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 14-664 |
| MATTHEW LUPOLI | : |

## ORDER

AND NOW, this 20th day of Sept, 2018, it is **ORDERED** that Defendant Matthew Lupoli is hereby ordered to serve a total of 50 hours of community service during the 3 year period of his supervised released.

**IT IS SO ORDERED.**

BY THE COURT:

_____
The Honorable C. Darnell Jones, II
United States District Court Judge